UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Eric Christian,

    Petitioner

v.

United States of America,

    Respondent

2:17-cv-00075-JAD-VCF

**Order**

    Eric Christian has submitted a petition for a writ of habeas corpus, but he did not submit an application to proceed *in forma pauperis*, nor did he pay the $5 filing fee.

    IT IS THEREFORE ORDERED that Christian must file a completed application for leave to proceed *in forma pauperis* with all attachments or pay the $5 filing fee by **March 13, 2017.** If Christian elects to pay the fee, he must make the necessary arrangements to attach a copy of this order to the check paying the fee.

    If Christian does not submit a completed IFP application or pay the filing fee by **March 13, 2017, this action will be dismissed without prejudice and without further notice.**

    Dated this 13th day of February, 2017.

                                                                       _____
                                                                        Jennifer A. Dorsey
                                                                        United States District Judge